IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:11-CV-17-BR

| | |
|---|---|
| IBIKUNLE OJEBUBOH, M.D., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| KATHLEEN SEBELIUS, Secretary, United States Department of Health and Human Services, | ) |
| Defendant. | ) |

This case comes before the court on the parties' joint motion (D.E. 8) for the entry of a briefing schedule. The court has considered the parties' proposal and ALLOWS the parties' motion. Critical deadlines are as follows:

1. Plaintiff shall file a motion for summary judgment by 15 August 2011.

2. Defendant shall file a combined motion for summary judgment and opposition to plaintiff's motion for summary judgment by 15 September 2011.

3. Plaintiff shall file a response to defendant's motion by 29 September 2011.

4. Defendant shall file a reply by 13 October 2011.

This, the 24 day of May 2011.

James E. Gates
United States Magistrate Judge