IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:11-CV-17-BR

| IBIKUNLE OJEBUBOH, M.D., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| KATHLEEN SEBELIUS, Secretary, United States Department of Health and Human Services, | ) | |
| Defendant. | ) | |

This case comes before the court on defendant's motion (D.E. 9) for leave to file the certified administrative record on compact disk in lieu of hard copies. There being no opposition from plaintiff and for good cause shown, the motion is ALLOWED. Defendant is permitted to file the administrative record in cd-rom format.

This, the 24 day of May 2011.

James E. Gates
United States Magistrate Judge