IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:11-CV-17-BR

| | |
|---|---|
| IBIKUNLE OJEBUBOH, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| KATHLEEN SEBELIUS, Secretary, United ) | |
| States Department of Health and Human ) | |
| Services,, ) | |
| ) | |
| Defendant. ) | |

This case comes before the court on defendant's motion (D.E. 10) for leave to file the certified administrative record for this matter under seal. Defendant has filed a memorandum (D.E. 11) in support of the motion. The administrative record contains numerous medical records, descriptions of medical records, and personal patient information for individuals who are not parties to the instant action and redaction of those records is not practical. Pursuant to Fed. R. Civ. P. 5.2, privacy protection is provided for certain filings, including the record of an administrative or agency proceeding. Fed. R. Civ. P. 5.2(b)(2). There being no opposition from plaintiff and for good cause shown, the motion to seal is ALLOWED. The Clerk is DIRECTED to retain the administrative record under permanent seal pursuant to Fed. R. Civ. P. 5.2 and Local Civil Rule 79.2, E.D.N.C.

This, the ___ day of February 2012.

James E. Gates
United States Magistrate Judge