UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Ibikunle Ojebuoboh, M.D., )
)
              Plaintiff, )
)
  v. ) **JUDGMENT**
)
Kathleen Sebelius, ) No. 4:11-CV-17-BR
)
              Defendant. )
)

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for the consideration of the parties' motions for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's motion for summary judgment is ALLOWED IN PART and DENIED IN PART. The government's motion is ALLOWED IN PART and DENIED IN PART. Plaintiff's claim for the 10 June 2005 service provided to MT is REMANDED to the Secretary for further consideration in accordance with this order. The court affirms the Secretary's decision in all other respects.

**This judgment filed and entered on May 29, 2012, and served on:**

W. Walton Kitchin , Jr. (via CM/ECF Notice of Electronic Filing)
Seth Morgan Wood (via CM/ECF Notice of Electronic Filing)

May 29, 2012                                      /s/ Julie A. Richards,
                                                          Clerk of Court